J. Curtis Edmondson SBN 236105
Edmondson IP Law
15490 NW Oak Hills Dr
Beaverton OR 97006
Phone:   (503) 336-3749
Email: jcedmondson@edmolaw.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company; UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25,<br><br>Defendants | **Case No.:** CV 23-7633-JFW(MRWx)<br><br>**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: FRCP RULE 4(M) AND FAILURE TO SERVE**<br><br>Date: April 8, 2024<br>Time: NA<br>Place: COURTROOM 7A<br>        FIRST STREET<br>        COURTHOUSE<br>        350 W 1st St,<br>        Los Angeles, CA 90012<br><br>Hon.  John F. Walter<br>U.S. District Court Judge |

Plaintiffs hereby respond to the Court's Order to Show Cause Re: Dismissal for Lack of Prosecution and failure to serve timely under FRCP 4(m). Attached to this response is the Declaration of J. Curtis Edmondson attesting to the facts in support of this response.

In summary, Plaintiffs respectfully request that this Order be discharged, and allow for thirty days from issuance of proposed summons which has been filed with this Court in order to serve the Defendants, or a period of time the Court deems appropriate.

Under FRCP 4(m), if the plaintiff shows good cause for the failure to timely serve the defendants, the court may extend the time for service for an appropriate period. *Mann v. American Airlines* (2003) 324 F. 3d 1088, 1090. Counsel understands that this is discretionary, and the plaintiff bears the burden of showing good cause.

Counsel had an office fire around Thanksgiving, 2023 that caused this problem. (See Edmondson Declaration). This fire, combined with the fact that litigation matters were hand docketed at the office, caused the service of the defendants in this case to be missed. *Id.*

Counsel requests that to the extent sanctions be imposed, they be imposed on counsel in the form of monetary or other sanctions. It was not the client's problem as they are not responsible for service of the summons, etc.

Date: April 7, 2024                                            Respectfully Submitted,

                                                              By:*/s/ J. Curtis Edmondson*
                                                                 J. Curtis Edmondson
                                                                 Attorney for Plaintiffs