Exhibit 1 - News Article of Fire at  9999 SW Wilshire St.
Portland, Oregon 97225

Fire on November 29, 2023

**47°**

SIGN UP

**CLOSINGS**

There are currently 2 active closings. Click for more details.



LOCAL

# Beaverton commercial fire closes Highway 217 off-ramp overnight

*A fire at a Beaverton commercial building closed a highway off-ramp on Nov. 29, 2023 (TVF&R)*

by: [Andrew Foran](#)

Posted: Nov 30, 2023 / 06:22 AM PST

Updated: Nov 30, 2023 / 06:22 AM PST

**SHARE**                

PORTLAND, Ore. ([KOIN](#)) — A late-night commercial fire closed a Highway 217 off-ramp in Beaverton, authorities said.

According to Tualatin Valley Fire & Rescue, the fire broke out at a commercial building on Southwest Wilshire Street.

After fighting back the flames, crews said they determined there were no people inside the

building at the ......

### 'I owe them my life': Woman shares how she survived several-hundred foot fall on Mt. Hood ❯

During the fire, Wilshire Street and the Wilshire northbound Highway 217 off-ramp were closed.

The cause of the fire is unknown, but authorities said it is under investigation.

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

BEST R⦚VIEWS



## These are the top vegan skin care products from Versed

**SKIN TREATMENTS  /  1 Day Ago**

From serums to cleansers and toners to masks, Versed focuses on product and ingredient transparency in clean and results-driven skin care.