J. Curtis Edmondson SBN 236105
Edmondson IP Law
15490 NW Oak Hills Dr
Beaverton OR 97006
Phone:   (503) 336-3749
Email: jcedmondson@edmolaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company; UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 25,<br><br>Defendants | **Case No.:** CV 23-7633-JFW(MRWx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE ON DEFENDANT**<br><br>Includes: Notion of Motion, Memorandum of Points and Authorities, and Proposed Order<br><br>Date: May 6, 2024<br>Time: 1:30 pm<br>Place: COURTROOM 7A<br>         FIRST STREET<br>         COURTHOUSE<br>         350 W 1st St,<br>         Los Angeles, CA 90012<br><br>Hon.  John F. Walter<br>U.S. District Court Judge |

1

**Plaintiff's Notice of Motion & Motion for Extension of Time to Effectuate Service**

PLEASE TAKE NOTICE that on May 6, 2024 at 1:30pm[1], before the Honorable John F. Walter, in the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, courtroom 7A, plaintiffs will and hereby do move for an Order granting an extension of time with which to effectuate services of process in this matter on Defendants, pursuant to FRCP 4(m).

This motion is made on the basis that plaintiffs' counsel requests equitable relief to extend the time for service to due excusable neglect of an office fire in mid-November. See *Mann v. American Airlines* (2003) 324 F. 3d 1088, 1090.

This motion is made with this notice, the memorandum of points and authorities, and the proposed order.  As Defendants have not been served and have not yet appeared in this case, the conference of counsel prior to filing a motion required by Local Rule 7-3 could not be conducted.

Date:  April 7, 2024                                   Respectfully Submitted,


By:*/s/ J. Curtis Edmondson*
    J. Curtis Edmondson
    Attorney for Plaintiffs

---

[1] As Defendants have not appeared, plaintiffs' counsel does not anticipate an opposition being filed.

**Plaintiff's Notice of Motion & Motion for Extension of Time to Effectuate Service**