**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JERRY A. SPOLAR, an individual; and TONNY JILL WILLIAMSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company; UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 10,<br><br>Defendants | Case No.: CV 23-7633-JFW(MRWx)<br><br>**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE ON DEFENDANTS [13]** |

THIS CAUSE came before Court upon Plaintiff's Motion for entry of an Order extending the time within which to effectuate service on the Defendants with a Summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGED: Plaintiff's Motion is granted. Plaintiff shall have until thirty (30) days after issuance of the endorse summons, to effectuate service of a Summons and Complaint on the Defendants.

The Order to Show Cause issued on April 3, 2024 is hereby discharged.

SO ORDERED:

Dated: April 9, 2024

_____
United States District Court Judge
Hon. John F. Walter

**Order on Motion for Extension of Time to Effectuate Service**