J. CURTIS EDMONDSON (SBN 236105)
**LAW OFFICES OF J. CURTIS EDMONDSON**
15490 NW Oak Hills Dr
Beaverton, OR 97006
Tel.: 503-336-3749
Fax: 503-482-7418

Attorneys for Plaintiffs
 ESTATE OF JERRY A. SPOLAR and TONNY JILL WILLIAMSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JERRY A. SPOLAR a deceased individual; and TONNY JILL WILLIAMSON, an individual Plaintiff,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company; UNREALISTIC IDEAS, LLC, a Delaware limited liability company; PIECE OF WORK PRODUCTIONS, LLC, a California limited liability company; ARCHIE GIPS, an individual; WHITNY BRAUN, an individual; JAMES BRAUN, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.  2:23-cv-07633-SVW-MAA<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS: UNREALISTIC IDEAS, LLC; PIECE OF WORK PRODUCTIONS, LLC; ARCHIE GIPS; WHITNY BRAUN;  and JAMES BRAUN under FRCP 41(1)(A)(i)** |

1  Plaintiffs Estate of Jerry A. Spolar and Tonny Jill Williamson
2  (collectively, "Plaintiffs") hereby dismiss the following defendants:
3      UNREALISTIC IDEAS, LLC;
4      PIECE OF WORK PRODUCTIONS, LLC;
5      ARCHIE GIPS;
6      WHITNY BRAUN;  and
7      JAMES BRAUN
8       under FRCP 41(a)(A)(i) without prejudice.
9  DATED:  June 25, 2024        EDMONDSON IP LAW
10
11         By: */s/ J. Curtis Edmondson*
12         J. CURTIS EDMONDSON (SBN 236105)
13         Attorneys for Plaintiffs Estate of Jerry A. Spolar and Tonny Jill Williamson

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISMISSAL UNDER RULE 41 WITHOUT PREJUDICE