1 AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
2 JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
3 GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
4 2049 Century Park East, Suite 2600
Los Angeles, California 90067
5 Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant Discovery
Communications, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JERRY A. SPOLAR, a deceased individual; and TONNY JILL WILLIAMSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:23-cv-07633-JFW-MRW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Date Action Filed: September 13, 2023<br>FAC Served: June 25, 2024<br>Current Response Date: July 9, 2024<br>New Response Date: August 8, 2024 |

1  Plaintiffs Estate of Jerry A. Spolar and Tonny Jill Williamson
2  (collectively, "Plaintiffs") and Defendant Discovery Communications, LLC
3  ("Discovery") by and through their respective counsel, hereby stipulate as
4  follows:

## RECITALS

6  A. Plaintiffs filed their Complaint in the above-captioned action on
7  September 13, 2023.

8  B. Plaintiffs served Discovery with the Summons and Complaint on May
9  6, 2024.

10 C. The Parties agreed to an extension of Discovery's time to respond to
11 the initial Complaint from May 28, 2024 through and including June 27, 2024.

12 D. The Parties met and conferred on June 17, 2024 to discuss Discovery's
13 intention to bring a motion to dismiss under Fed. R. Civ. Pro. 12(b)(6).

14 E. On June 25, 2024, Plaintiffs filed a First Amended Complaint.

15 F. Pursuant to Fed. R. Civ. Pro. 15(a)(3), Discovery is required to
16 respond by July 9, 2024.

17 G. Discovery has requested and Plaintiffs have agreed to an extension of
18 Discovery's time to respond to the First Amended Complaint by 30 days, from July
19 9, 2024 through and including August 8, 2024.

20 H. This extension of time is warranted because Discovery needs
21 additional time to evaluate the allegations in the First Amended Complaint in light
22 of its anticipated motion to dismiss and to allow the Parties to meet and confer
23 further in regards to such motion. In addition, Discovery's lead trial counsel is
24 presently traveling out of the country until July 3 (*see* Declaration of Aaron J.
25 Moss, Dkt. No. 37-1).

26 //
27 //
28 //

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

## STIPULATION

NOW THEREFORE, by and through their respective counsel of record, Plaintiffs and Discovery herby stipulate and agree that Discovery's response to the First Amended Complaint shall be due on August 8, 2024.

IT IS SO STIPULATED.

DATED: July 2, 2024

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Joshua M. Geller*
AARON J. MOSS (SBN 190625)
JOSHUA M. GELLER (SBN 295412)
Attorneys for Defendant Discovery Communications, LLC

DATED: July 2, 2024

EDMONDSON IP LAW

By: */s/ J. Curtis Edmondson*
J. CURTIS EDMONDSON (SBN 236105)
Attorneys for Estate of Jerry A. Spolar and Tonny Jill Williamson

//
//
//
//
//
//
//
//
//

## ATTESTATION

I, Joshua M. Geller, am the ECF user whose ID and password are being used to file this document. In compliance with C.D. Cal. Civ. L.R. LR 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories which shall serve in lieu of their signatures on the document.

DATED: July 2, 2024

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Joshua M. Geller*
AARON J. MOSS (SBN 190625)
JOSHUA M. GELLER (SBN 295412)
Attorneys for Defendant Discovery Communications, LLC