AARON J. MOSS (SBN 190625)
AMoss@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant Discovery Communications, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JERRY A. SPOLAR, a deceased individual; and TONNY JILL WILLIAMSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:23-cv-07633-JFW-MRW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Date Action Filed: September 13, 2023<br><br>FAC Served: June 25, 2024<br><br>Current Response Date: July 9, 2024<br><br>New Response Date: August 8, 2024 |

[PROPOSED] ORDER

83891-00023/5222283.1

## **PROPOSED ORDER**

Pursuant to the Stipulation between Plaintiffs Estate of Jerry A. Spolar and Tonny Jill Williamson (collectively, "Plaintiffs") and Defendant Discovery Communications, LLC ("Discovery"), and good cause appearing therefor,

IT IS HEREBY ORDERED that Discovery's time to respond to the First Amended Complaint is extended through and including August 8, 2024.

**IT IS SO ORDERED**

Dated: _____

_____
THE HONORABLE STEPHEN V. WILSON
DISTRICT COURT JUDGE

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067